R. Darrin Class, OSB # 970101
Chris Roy, OSB # 031777
Jesse Cowell, OSB # 082940
Roy Law Group
1000 SW Broadway, Suite 900
Portland, OR 97205
PH: 503-206-4313
FAX:  855-344-1726
darrin@roylawgroup.com
chris@roylawgroup.com
jesse@roylawgroup.com

Attorneys for Plaintiff, Michelle Larson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHELLE LARSON, | Case No. 3:20-cv-01267-BR |
| Plaintiff, | |
| v. | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Michelle Larson, notifies the Court that the above-captioned action is

Page 1 – Plaintiff's Notice of Dismissal

voluntarily dismissed without prejudice against Defendant, Life Insurance Company of North America.

DATED this 3rd day of September 2020.

        ROY LAW GROUP

        By: *s/ Chris Roy*
            Chris Roy, OSB # 031777
            Roy Law Group
            1000 SW Broadway Suite 900
            Portland OR 97205
            PH:   503-206-4313
            FAX:  855-344-1726
            chris@roylawgroup.com